IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ALANDRIS D. GRIFFIN,<br><br>    Plaintiff,<br><br>  v.<br><br>ANGELA M. PHILIPS, *et al.*,<br><br>    Defendants. | CIVIL ACTION NO.: 4:22-cv-268 |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's October 27, 2023, Report and Recommendation, (doc. 53), to which plaintiff has not filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion. Plaintiff's First Amended Complaint, (doc. 17), is **DISMISSED**. The Clerk is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 28th day of November, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA