IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ALANDRIS D. GRIFFIN,<br><br>    Plaintiff,<br><br>  v.<br><br>ANGELA M. PHILIPS, Individual, non-parent, JOSEPH M. WYLIE, JR., Individual, non-custodial parent, KRISTIN KING, Individual, Ex-Partner, NA'KENDRA RHONE, Individual, Girlfriend, LITTLE JOURNEY PRESCHOOL, et al.,,<br><br>    Defendants. | CIVIL ACTION NO.: 4:22-cv-268 |

**O R D E R**

The United States Court of Appeals for the Eleventh Circuit having affirmed this Court's dismissal of Plaintiff's complaint,

IT IS HEREBY ORDERED that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Order of this Court.

**SO ORDERED**, this 22nd day of July, 2025.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA